IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:26-CR-00077-JMD-RHH |
| | ) |
| TRAVIS RUSSELL | ) |
| Defendant. | ) |
| | ) |
| | ) |

## DEFENDANT'S WAIVER OF PRETRIAL MOTIONS

Comes now Defendant, Travis Russell, through his attorney, Andrew Cortopassi, Assistant Federal Public Defender, having been fully advised of his right to file pre-trial motions and to have an evidentiary hearing thereon hereby states that there are no issues that he wishes to raise by way of pre-trial motions in this cause. Counsel has personally discussed this matter with the Defendant and the Defendant agrees and concurs in the decision not to raise any issues by way of pre-trial motions.

Respectfully submitted,

/s/*Andrew Cortopassi*
ANDREW CORTOPASSI #69694MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Andrew_Cortopassi@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mohsen Pasha, Assistant United States Attorney.

/s/*Andrew Cortopassi*
ANDREW CORTOPASSI
Assistant Federal Public Defender